UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-00147-MEMF-(MARx)   Date: August 19, 2022

Title  <u>Nova Donald Novobilski, et al. v. Specialized Loan Servicing, LLC, et al.</u>

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
N/A                                  N/A

**Proceedings:  Order to Show Cause – Lack of Prosecution**

ORDER TO SHOW CAUSE by Judge Maame Ewusi-Mensah Frimpong. Plaintiff(s) failed to file their First Amended Complaint by the deadline set by the Court. ECF No. 23. Plaintiff(s) failed to submit an Opposition to Defendant's Motion to Dismiss. ECF. No. 31. Moreover, neither Plaintiff(s) nor counsel for Plaintiff(s) appeared at the hearing on Defendant's Motion to Dismiss. It is the responsibility of plaintiff to prosecute the action diligently. The Court orders Plaintiff(s) to show cause in writing no later than fourteen (14) days from the date of this Order why this action should not be dismissed for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response on or before the date upon which a response by Plaintiff(s) is due.