UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.   2:22-cv-00147-MEMF-MARx                                      Date: October 13, 2022

Title   *Nova Donald Novobilski, et al. v. Specialized Loan Servicing, LLC, et al.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: In Chambers – Order of Dismissal**

On August 19, 2022, this Court ordered Plaintiffs Nova Donald James Novobilski and Cathy Novobilski (the "Novobilskis") to show cause in writing, within fourteen days, why the instant action should not be dismissed for lack of prosecution. ECF No. 40 ("OSC"). To date, the Novobilskis have not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

Initials of Preparer   kd